IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 4:22-MJ-833 (01) |
| | § | |
| MELVIN KELLOUGH | § | |

**ORDER FOR DEFENDANT TO MAKE PAYMENT
TOWARDS APPOINTMENT OF COUNSEL FEES**

The Court finds that funds are available from or on behalf of the above-named defendant for payment of compensation and expenses of court appointed counsel for adequate representation, and that the above-named defendant is financially able to make partial payment towards appointed counsel representation.

It is therefore ordered that defendant shall pay $400 per month towards the cost of his court appointed attorney, Derek Brown, who was appointed as counsel for the above-named defendant by the undersigned.  Said funds are to be paid into the Registry of the Court on the 15th day of each month with the first payment due by November 7, 2022.  The monthly payments will continue to be due each month unless or until the defendant retains counsel[1] or until final disposition of the case.  These funds are to be deposited by the Clerk to the credit of the Treasury and for credit to the said Criminal Justice Act appropriation.

Signed October 7, 2022

_____
JEFFREY L. CURETON
UNITED STATES MAGISTRATE JUDGE

---

[1] Should defendant retain counsel prior to November 7, 2022 no payment will be required.